**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

vs. No. CR 22-0298 JB

GREGORY YAZZIE,

Defendant.

**MEMORANDUM OPINION AND ORDER**

**THIS MATTER** comes before the Court on the Defendant Gregory Yazzie's Motion for Variance and Sentencing Memorandum, filed August 5, 2025 (Doc. 266)("Motion"). The Court holds a sentencing hearing on August 26, 2026. See Clerk's Minutes at 1, filed August 26, 2026 (Doc. 317). The primary issue is whether the Court will vary downward and give Defendant Gregory Yazzie a sentence of 66 months. The Court concludes that, for the reasons stated in detail on the record at the hearing, the Court will not vary downward and instead will sentence Yazzie within the United States Sentencing Guideline range of 111 to 123 months. See Draft Transcript of Hearing at 25:1-34:7 (Court).[1] The Court therefore denies the Motion.

**IT IS ORDERED** that the Defendant's request for a downward variance in Defendant Gregory Yazzie's Motion for Variance and Sentencing Memorandum, filed August 5, 2025 (Doc. 266), is denied.

UNITED STATES DISTRICT JUDGE

[1] The Court's citations to the transcript of the hearing refer to the court reporter's original, unedited version. Any final transcript may contain slightly different page and/or line numbers.

*Counsel:*

Ryan Ellison
First Assistant United States Attorney
Nicholas James Marshall
Jesse Pecoraro
Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

*Attorneys for the Plaintiff*

Peter J. Eicker
Eicker Law, LLC
Albuquerque, New Mexico

*Attorney for the Defendant*